■ In the Matter of CARLOS ABREU, Petitioner, v KIMBERLY CHEASMAN et al., Respondents. [942 NYS2d 391]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered September 22, 2011) to review a determination of respondents. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*,

234 AD2d 996 [1996]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.